UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GILBERT ROBLES, JR.,

    Petitioner,

v.

UNITED STATES DISTRICT COURT,

    Respondent.

No. C 16-0265 MEJ (PR)

**ORDER OF TRANSFER**

This federal habeas action, in which petitioner challenges convictions he suffered in the Riverside County Superior Court, is TRANSFERRED to the Central District of California, as that is the district of conviction. See 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk is directed to transfer this matter forthwith. In view of the transfer, the Court will not rule upon petitioner's request for leave to proceed in forma pauperis.

IT IS SO ORDERED.

DATED: January 25, 2016

Maria-Elena James
United States Magistrate Judge