1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10   GILBERT ROBLES, JR.,              )   CASE NO. ED CV 16-161-R (PJW)
                                       )
11                  Petitioner,        )
                                       )   ORDER DISMISSING
12            v.                       )   SECOND OR SUCCESSIVE HABEAS CORPUS
                                       )   PETITION AND DENYING CERTIFICATE
13   UNITED STATES DISTRICT COURT,     )   OF APPEALABILITY
                                       )
14                  Respondent.        )
                                       )
15   _____)

16        Before the Court is Petitioner's latest attempt to challenge his

17   1996 conviction for second degree murder.  His first petition was

18   denied as untimely.  *See Robles v. Court*, ED CV 12-158-R (PJW), April

19   26, 2012 Order Accepting Report and Recommendation of United States

20   Magistrate Judge.  This constituted a decision on the merits.  *See*

21   *McNabb v. Yates*, 576 F.3d 1028, 1029-30 (9th Cir. 2009).  Petitioner's

22   subsequent petitions were dismissed as second or successive.  (*See*

23   *Robles v. United States*, ED CV 13-284-R (PJW), March 6, 2013 Order;

24   *Robles v. Biter*, ED CV 14-662-R (PJW), April 14, 2014 Order; *Robles v.*

25   *Biter*, ED CV 14-816-R (PJW), April 30, 2014 Order; *Robles v. Parent*,

26   ED CV 14-1046-R (PJW), May 30, 2014 Order; and *Robles v. Supreme*

27   *Court*, ED CV 14-1927-R (PJW), September 22, 2014 Order.)  The instant

28   petition is also second and/or successive and is subject to dismissal

on that ground.   *See* 28 U.S.C. § 2244; *McNabb*, 576 F.3d at 1029-30 (holding dismissal of habeas petition for untimeliness renders subsequent petitions second or successive).   Absent an order from the Ninth Circuit Court of Appeals, the Court does not have jurisdiction to entertain a second or successive petition.   *See* 28 U.S.C. § 2244(3)(A).   For that reason, the Petition is dismissed.

Further, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right or that it erred in its procedural ruling and, therefore, a certificate of appealability will not issue in this action.   *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: <u>September 9</u>, 2016.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\robles order.wpd

2